# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VANCE EDWARD JOHNSON,<br><br>    Plaintiff,<br><br>    v.<br><br>M WILSON, et al.,<br><br>    Defendants. | Case No. 1:15-cv-01933-LJO-BAM (PC)<br><br>ORDER DENYING PLAINTIFF'S MOTION REGARDING COURT COSTS AND FEES<br><br>(ECF No. 12) |

Plaintiff Vance Edward Johnson is a state prisoner proceeding pro se and in forma pauperis pursuant to 42 U.S.C. § 1983.

On June 10, 2016, this case was dismissed as duplicative of an earlier action. (ECF No. 11.)

Currently before the Court is Plaintiff's motion regarding the PLRA filing fees in this case, filed on October 18, 2017. Plaintiff argues that he should not be required to pay the filing fee for both this dismissed action and the earlier action, and therefore requests that the court fees paid for the instant action be credited to a different, unpaid action that is still pending. (ECF No. 12.)

As was explained to Plaintiff in the order granting his application to proceed in forma pauperis in this action, the entire $350.00 filing fee for this action is statutorily required, and Plaintiff is obligated to pay it. (ECF No. 5.) The filing fee must be collected from Plaintiff's institutional account, regardless of the outcome of this action and therefore regardless of the

1

reason that it was dismissed. See, e.g., Vartanpour v. Neven, No. 215-CV-00951-JAD-CWH, 2016 WL 589669, at *1 (D. Nev. Feb. 10, 2016).

Accordingly, it is HEREBY ORDERED that Plaintiff's motion for the Court to divert payment of court costs and fees to a different case is denied.

IT IS SO ORDERED.

Dated: **October 23, 2017**  /s/ *Barbara A. McAuliffe*
UNITED STATES MAGISTRATE JUDGE

2